IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STAES OF AMERICA )
)
v. )
) CASE NO. CR418-205
CALVIN JAMES, )
)
Defendant. )
)

**ORDER**

Before the Court is Defendant's Motion for Attendance of Witness. (Doc. 46.) In his motion, Defendant "seeks a subpoena requiring the presence of Officer George Walker at trial to be served by the U.S. Marshall Service." (Id.) Shortly after Defendant filed his motion, the Government provided notice that Officer George Walker may be used as an expert at trial. (Doc. 47.) In light of the Government's notice, Defendant's motion is **DISMISSED AS MOOT**. The Government, however, is **DIRECTED** to ensure that Officer George Walker is available during trial.

SO ORDERED this **29th** day of January 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA