IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B. JAMES, )
)
    Petitioner, )
)
v. ) CASE NO. CV419-289
)           CR418-205
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 12).[1] After careful consideration and review of the record, the report and recommendation (Doc. 9) is **ADOPTED** as the Court's opinion in this case. Accordingly, Petitioner's petition pursuant to 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** and Petitioner's motion for recusal (Doc. 7) is **DENIED**.

Additionally, Petitioner has filed a "Motion for an Unbiased, Non-Prejudice Decision." (Doc. 11.) From what the Court can gather from this brief motion, Petitioner appears to be seeking a ruling on this instant action and another action he filed. (Id. at 1.) As this Order disposes of

---

[1] The Court is citing to Petitioner's civil docket in CV419-289 unless otherwise noted.

Petitioner's petition, his motion seeking a decision (Doc. 11) is **DISMISSED AS MOOT.**

SO ORDERED this 24th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2