IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| vs. ) | Case No. CV419-289 |
| ) | CR418-205 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___8th___ day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA