IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN JAMES,

    Plaintiff-Appellant,

vs.

UNITED STATES OF AMERICA,

    Defendant-Appellee.

Case No. CV421-167
CR418-205

### ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 27th day of January 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA