UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CALVIN B. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-167 |
| | ) | CR418-205 |
| | ) | |
| UNITED STATES OF AMERICA., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court received James' Objection, (doc. 84), to the Magistrate Judge's Report and Recommendation ("R&R"), (doc. 79) on April 23, 2024—the same day it entered judgment in the case by adopting the R&R in part. Though it is considered timely filed pursuant to the so-called "prisoner mailbox rule," (see doc. 84, p. 3), it was not docketed until after the Court entered its Order denying relief. Despite the nonconsecutive filing, the Court has reviewed James' Objection and finds that he continues to pursue erroneous arguments and attempts to rehash contentions which have already been dispelled. The Court **OVERRULES** his Objection and his Motion to Vacate continues to be **DENIED**. The civil case remains **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA