IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES, | ) |
| Plaintiff- Appellant, | ) ) ) CASE NO.  4:21-cv-167, |
| V. | )           4:18-cr-205-1 ) ) Appeal No. 25-10107-F |
| UNITED STATES OF AMERICA | ) ) ) |
| Defendant - Appellee. | ) |

ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _____5th_____ day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA